1  GARY L. TYSCH, ESQ. #128389
   E-mail: gltysch@pacbell.net
2  LAW OFFICES OF GARY L. TYSCH
   16133 Ventura Boulevard, Suite 580
3  Encino, California 91436-2411

4  (818) 995-9555 main
   (818) 995-9550 facsimile
5
   Attorneys for Plaintiff KENNETH LOFTIS, JR.
6

FILED
JUN 29 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LOFTIS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> WASHINGTON TEAMSTERS WELFARE TRUST and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: 1:15-cv-00422-SMS <br><br> JOINT STIPULATION OF THE PARTIES REGARDING BRIEFING ON CROSS MOTIONS FOR SUMMARY JUDGMENT <br><br> (Filed Concurrently with Proposed Order) <br><br> Date: Sept. 8, 2015 <br> Time: 1:00 p.m. <br> Courtroom: 1 <br> Honorable Sandra M. Snyder |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record that written briefs be filed by the parties, preparatory to the Trial/Cross Motions for Summary Judgment set for hearing on September 8, 2015, at 1:00 p.m. in Courtroom 1 of this Court, in accordance with the following time-line:

| Date | Event |
|---|---|
| July 27, 2015: | Last day for Defendant to file and serve the Administrative Record (consecutively paginated), under seal; |
| August 12, 2015: | Last day for the parties to file and serve their respective |

1

| | | |
|---|---|---|
| 1 | | Opening Briefs; |
| 2 | August 26, 2015: | Last day for the parties to file and serve their respective |
| 3 | | Responsive Briefs; |
| 4 | September 2, 2015: | Last day for the parties to file and serve their respective, |
| 5 | | optional Reply Briefs. |

The parties have agreed to forego serving Separate Statements of Uncontroverted and Controverted Facts. Defendant WASHINGTON TEAMSTERS WELFARE TRUST has also agreed to waive oral argument. Plaintiff KENNETH LOFTIS, JR. requests oral argument on this case.

IT IS SO STIPULATED:

DATED: June 26, 2015            LAW OFFICES OF GARY L. TYSCH


By:_____/s/_____
    GARY L. TYSCH
    Attorneys for Plaintiff KENNETH
    LOFTIS, JR.

DATED:  June 26, 2015           REID, MCCARTHY, BALLEW & LEAHY, LLP


By:_____/s/_____
    THOMAS A. LEAHY
    RUSSELL J. REID
    Attorneys for Defendant
    WASHINGTON TEAMSTERS
    WELFARE TRUST

GARY L. TYSCH, ESQ. #128389
E-mail: gltysch@pacbell.net
LAW OFFICES OF GARY L. TYSCH
16133 Ventura Boulevard, Suite 580
Encino, California 91436-2411

(818) 995-9555 main
(818) 995-9550 facsimile

Attorneys for Plaintiff KENNETH LOFTIS, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LOFTIS, JR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WASHINGTON TEAMSTERS WELFARE TRUST and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.: 1:15-cv-00422-SMS<br><br>ORDER REGARDING BRIEFING ON CROSS MOTIONS FOR SUMMARY JUDGMENT/TRIAL<br><br>Date:　　　　Sept. 8, 2015<br>Time:　　　　1:00 p.m.<br>Courtroom:　1<br>Honorable Sandra M. Snyder |

　　　　Good cause appearing and based upon the Stipulation of the Parties:

　　　　IT IS HEREBY ORDERED that the following time-line be adopted for briefing on the Trial/Cross Motions for Summary Judgment set for hearing on September 8, 2015, at 1:00 p.m. in this Court:

| Date | Event |
|---|---|
| July 27, 2015: | Last day for Defendant to file and serve the Administrative Record (consecutively paginated), under seal; |
| August 12, 2015: | Last day for the parties to file and serve their respective Opening Briefs (without Statements of Controverted and |

1

| | | |
|---|---|---|
| 1 | | Uncontroverted Facts); |
| 2 | August 26, 2015: | Last day for the parties to file and serve their respective |
| 3 | | Responsive Briefs; |
| 4 | September 2, 2015: | Last day for the parties to file and serve their respective, |
| 5 | | optional Reply Briefs. |

IT IS SO ORDERED.

DATED: ~~July~~, 2015
June 29

By: /s/ Sandra M. Snyder
SANDRA M. SNYDER
MAGISTRATE JUDGE