RUSSELL J. REID (PHV) (WSBA #2560)
THOMAS A. LEAHY (PHV) (WSBA #26365)
**REID, McCARTHY, BALLEW & LEAHY, L.L.P.**
100 West Harrison Street, North Tower, Suite 300
Seattle WA 98119
Telephone:    (206) 285-0464
Fax:               (206) 285-8925
E-mail: rjr@rmbllaw.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LOFTIS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON TEAMSTERS WELFARE TRUST AND DOES 1 through 50, inclusive,<br><br>Defendants. | No. 1:15-CV-00422-SMS<br><br>**ORDER TO SEAL DOCUMENTS** |

Good cause appearing and based upon the stipulation of the parties, a review of the documents in question (A.R. 0001 to A.R. 000117), the Notice of Request to Seal Documents, and the Request to Seal Documents:

IT IS HEREBY ORDERED that pages A.R. 0001 to A.R. 000117 of the Administrative Record will be sealed and kept confidential so that only the parties and authorized Court personnel can review.  That is, these pages should not be available in any publicly available case file.  This seal order will remain in place throughout the litigation, including through any appeal process.

More specifically, pages A.R. 0001 to A.R. 000117 of the Administrative Record contain confidential medical information, medical records, and/or documents that relate to medical

1

records that contain personal and health information that is subject to protections under federal and state law, including, but not limited to, the Health Insurance Portability and Accountability Act of 1996 (HIPAA), the applicable requirements of the Standards for Privacy of Individually Identifiable Health Information and its implementing regulations issued by the U.S. Department of Health and Human Services (45 C.F.R. Parts 160-164; HIPAA Privacy Regulations), and California Civil Code Sections 56 et seq., 1798.29 and 1798.82, which protect the confidentiality of individually identifiable personal and health information.  Therefore, these pages must be kept confidential and filed under seal to protect from public view so only the parties and authorized Court personnel will have access to review these pages.

Moreover, these records must be sealed to protect the Defendant's privacy and to comply with federal and state law.

This order is made *nunc pro tunc* to July 27, 2015.


IT IS SO ORDERED.

Dated:   **July 28, 2015**                          **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE