1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LOFTIS, JR.,<br><br>              Plaintiff,<br><br>       v.<br><br>WASHINGTON TEAMSTERS WELFARE<br>TRUST and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 1:15-cv-00422-SMS<br><br>ORDER GRANTING JOINT MOTION<br>TO CONTINUE BRIEFING SCHEDULE<br>AND HEARING DATE<br><br><br>(Doc. 28) |

        This matter is before the Court on the parties' "Joint Motion to Continue Briefing Schedule and Hearing Date" in connection with their cross motions for summary judgment/trial.  Doc. 28. Having reviewed the parties' joint motion, the Court hereby orders:

        1.  October 2, 2015, will be the last day for the parties to file and serve their respective Opening Briefs.

        2.  October 16, 2015, will be the last day for the parties to file and serve their respective Responsive Briefs.

        3.  October 23, 2015, will be the last day for the parties to file and serve their respective optional Reply Briefs.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        5. The September 8, 2015 hearing date is now vacated.  A new hearing date will be set, if appropriate, after the parties file and serve their respective Responsive Briefs.


IT IS SO ORDERED.

    Dated:   **August 3, 2015**                    _____**/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE