# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LOFTIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON TEAMSTERS WELFARE TRUST AND DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 1:15-cv-00422-SMS <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE <br><br> (Doc. 33) |

On October 20, 2015, the parties filed a stipulation of dismissal, with prejudice.

Federal Rule of Civil Procedure 41(a)(1)(A) provides:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer to a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  Because the parties filed a stipulation of dismissal by all parties who have appeared, this case has terminated.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

IT IS SO ORDERED.

Dated:   **October 21, 2015**             **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE